IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO.: 2:08-CV-957-MEF |
| ) | |
| ANNETTE FENN, *et al.,* ) | (WO - DO NOT PUBLISH) |
| ) | |
| DEFENDANTS. ) | |

**<u>PARTIAL FINAL JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 54(b) and 55, the Court finds that there is no just reason for delaying the entry of final judgment in favor of Plaintiff Canal Insurance Company and Defendants Devasko Dewayne Lewis d/b/a Lewis Trucking Company and Andrew David Carter. In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all claims in this action against Defendants Devasko Dewayne Lewis d/b/a Lewis Trucking Company and Andrew David Carter, judgment is ENTERED in favor of Canal Insurance Company and against Defendants Devasko Dewayne Lewis d/b/a Lewis Trucking Company and Andrew David Carter.

(2) Costs are TAXED as paid.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment with respect to Canal Insurance Company's claims against Defendants Devasko Dewayne Lewis d/b/a Lewis Trucking Company and Andrew David

Carter alone, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 11th day of February, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE